# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 16-4157

———————————————

Phillip T. Thompson

*Plaintiff - Appellant*

v.

Bank of New York Mellon Trust Company; Mortgage Electronic Registration
Systems, Inc.; Sutton Funding, LLC; Mickel Law Firm, PA

*Defendants - Appellees*

Sherry L. Morris; Arkansas Child Support Enforcement Unit; Arkansas
Department of Finance & Administration; Internal Revenue Service

*Third Party Defendants - Appellees*

———————————————

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

———————————————

Submitted: April 25, 2018
Filed: May 3, 2018
[Unpublished]

———————————————

Before WOLLMAN, LOKEN, and KELLY, Circuit Judges.

———————————————

PER CURIAM.

In this removed action, Phillip Thompson appeals the district court's[1] grant of summary judgment in favor of the Bank of New York Mellon Trust Company on its counterclaim to foreclose on his home mortgage. After careful review, we conclude that Thompson has failed to present any basis for reversal. <u>See</u> <u>Beaulieu v. Ludeman</u>, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment reviewed de novo).

Accordingly, we affirm the judgment. <u>See</u> 8th Cir. R. 47B.

_____

[1] The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.